OPINIONS OF THE SUPREME COURT OF OHIO
The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio.  Attention:  Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE:  Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public.  The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State ex rel. Yonkings, Appellant, v. Ohio Department of Rehabilitation and Correction et al., Appellees.
[Cite as State ex rel. Yonkings v. Ohio Dept. of Rehab. & Corr. (1994),          Ohio St.3d          .]
Mandamus to compel prison officials to perform act of self-execution of relator's multiple definite sentences -- Writ denied, when.
(No. 93-2552 -- Submitted March 1, 1994 -- Decided April 20, 1994.)
Appeal from the Court of Appeals for Franklin County, No.93AP-655.

Charles B. Yonkings, pro se.
Lee I. Fisher, Attorney General, and Joshua T. Cox, Assistant Attorney General, for appellees.

Per Curiam.  The judgment of the court of appeals is affirmed for the reason stated in the court's opinion, i.e., declaratory judgment provides an adequate remedy to appellant and its availability was thus an appropriate basis to deny the writ.  State ex rel. Citizens for Fair Taxation v. Lucas Cty. Bd. of Commrs. (1992), 63 Ohio St.3d 749, 752, 591 N.E.2d 691, 693; State ex rel. Fenske v. McGovern (1984), 11 Ohio St.3d 129, 11 OBR 426, 464 N.E.2d 525, paragraph two of the syllabus; R.C. 2731.05.

Judgment affirmed.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.